# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TORRES, | Case No. 1:17-cv-00888-LJO-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH FED. R. CIV. P. 4(m) |
| v. | |
| LA FAVORITA BROADCASTING, INC. et al., | |
| Defendants. | FIVE DAY DEADLINE |

Plaintiff Ricardo Torres filed this action against Defendants La Favorita Broadcasting, Inc.; La Favorita Radio Network, Inc.; Kafy, Inc.; KBYN, Inc.; KCFA, Inc.; KNTO, Inc.; Nelson F. Gomez; and Debbie L. Gomez on July 6, 2017. (ECF No. 1.) On this same date, summonses for the defendants and new civil case documents issued. (ECF Nos. 2, 3, 4.)

Pursuant to the Rule 4 of the Federal Rules of Civil Procedure, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

In the order setting the mandatory scheduling conference, Plaintiff was advised that he was to promptly serve proof of service of the summons and complaint and the failure to timely

serve may result in issuance of sanctions, including dismissal of unserved defendants. (ECF No. 4 at 1-2.) The time to serve the defendants in this action has passed and Plaintiff has not filed proofs of service or requested an extension of the deadline to serve.

Accordingly, IT IS HEREBY ORDERED that within five (5) days from the date of entry of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to comply with Rule 4(m) of the Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   **October 13, 2017**

UNITED STATES MAGISTRATE JUDGE