1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| RICARDO TORRES, | Case No. 1:17-cv-00888-LJO-SAB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (ECF No. 6) |
| LA FAVORITA BROADCASTING, INC. et al., | |
| Defendants. | |

17

On October 13, 2017, an order was filed requiring Plaintiff to show cause why this action should not be dismissed for failure to serve the defendants in compliance with Rule 4(m) of the Federal Rules of Civil Procedure. On October 16, 2017, Plaintiff filed proofs of service and a declaration regarding the delay in service. Based on Plaintiff's response, the order to show cause shall be discharged and the Court finds good cause to extend the service deadline. Therefore, service in this action is deemed timely.

Plaintiff is advised that the scheduling conference is currently set for November 9, 2017, at 10:00 a.m. in Courtroom 9 with the joint scheduling report due one week prior. If this action is not ready to proceed with the scheduling conference, Plaintiff shall so inform the Court so that the scheduling conference can be continued.

///

1     Based on the foregoing, the order to show cause filed on October 13, 2017 is HEREBY
2  DISCHARGED.
3
4
   IT IS SO ORDERED.
5
6  Dated:   **October 17, 2017**      _____
                                      UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28