McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Timothy J. Buchanan, #100409
  *tim.buchanan@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Defendants <u>appearing specially</u>

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TORRES, individually and on behalf of LA FAVORITA BROADCASTING, INC., a suspended California corporation. LA FAVORITA RADIO NETWORK, INC., a suspended California corporation; KAFY, INC., a suspended California corporation; KBYN, INC., a suspended California corporation; KCFA, INC., a suspended California corporation; KSKD, INC., a suspended California corporation; and KNTO, INC., a suspended California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>LA FAVORITA BROADCASTING, INC., a suspended California corporation.; LA FAVORITA RADIO NETWORK, INC., a suspended California corporation; KAFY, INC., a suspended California corporation; KBYN, INC., a suspended California corporation; KCFA, INC., a suspended California corporation; KSKD, INC., a suspended California corporation; and KNTO, INC., a suspended California corporation; NELSON F. GOMEZ, an individual; DEBBIE L. GOMEZ, an individual; and DOES 1 through 10 inclusive,<br><br>        Defendants. | Case No. 17–cv-00888-LJO-SAB<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF SCHEDULING CONFERENCE** |

Plaintiff and Defendants, and each of them, *appearing specially* through counsel (having not appeared yet in this action), stipulate as follows:

1. The proofs of service filed on October 16, 2017 in this action (Docs. 7, 8, 9, 10, 11, 12, 13, 14, 15) are without force or effect. The complaint served as shown in those proofs of service was not effectively served.

2. The operative complaint in this action was later served effectively October 18, 2017.

3. Defendants shall have until December 8, 2017, within which to respond to the complaint.

4. The parties request that the Court vacate the scheduling conference currently set for November 9, 2017. The parties further request that the Court reset that conference for a date on or after January 15, 2018, at the Court's availability.

5. This stipulation and proposed order does not constitute a general appearance in this action by any Defendant. The stipulation is entered into and presented as a special appearance solely for purposes of the relief it seeks and for no other purpose.

Dated: November 11, 2017         McCORMICK, BARSTOW, SHEPPARD,
                                 WAYTE & CARRUTH LLP


                                 By: /s/ Timothy J. Buchanan
                                        Timothy J. Buchanan
                                 For Defendants, appearing specially solely for
                                 purposes of this stipulation and application

| | |
|---|---|
| Dated: November 11, 2017 | ABIR COHEN TREYZON SALO, LLP |

By: /s/ Boris Treyzon
Boris Treyzon
David S. Bederman
Attorneys for Plaintiff RICARDO TORRES

ORDER

The Scheduling Conference is continued from 11/9/2017 to 1/23/2018 at 3:00 p.m. before Magistrate Judge Stanley A. Boone. A Joint Scheduling Conference Report is due one week before the new conference date.

IT IS SO ORDERED.

Dated: **November 6, 2017**

UNITED STATES MAGISTRATE JUDGE