Boris Treyzon, Esq. (SBN: 188893)
David S. Bederman, Esq. (SBN: 285262)
**ABIR COHEN TREYZON SALO, LLP**
1901 Avenue of the Stars, Suite 935
Los Angeles, California 90067
Telephone:  (424) 288-4367
Facsimile:   (424) 288-4368

Attorneys for Plaintiff Ricardo Torres

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Timothy J. Buchanan, #100409
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendants, <u>appearing specially</u>

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TORRES, individually and on behalf of LA FAVORITA BROADCASTING, INC., a suspended California corporation. LA FAVORITA RADIO NETWORK, INC., a suspended California corporation; KAFY, INC., a suspended California corporation; KBYN, INC., a suspended California corporation; KCFA, INC., a suspended California corporation; KSKD, INC., a suspended California corporation; and KNTO, INC., a suspended California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LA FAVORITA BROADCASTING, INC., a suspended California corporation.; LA FAVORITA RADIO NETWORK, INC., a suspended California corporation; KAFY, INC., a suspended | Case No. 17–cv-00888-LJO-SAB<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT BY ONE WEEK** |

|   | |
|---|---|
| 1 | California corporation; KBYN, INC., a suspended California corporation; |
| 2 | KCFA, INC., a suspended California corporation; KSKD, INC., a suspended |
| 3 | California corporation; |
| 4 | and KNTO, INC., a suspended California corporation; NELSON F. GOMEZ, an individual; DEBBIE L. |
| 5 | GOMEZ, an individual; and DOES 1 through 10 |
| 6 | inclusive, |
| 7 | Defendants. |

Plaintiff and Defendants, and each of them, *appearing specially* through counsel (having not appeared yet in this action), stipulate as follows:

1. Defendants' deadline to file a responsive pleading in this action currently falls on December 8, 2017;

2. The parties are negotiating a stipulation that would stay litigation of this action so that it may be submitted to binding Alternate Dispute Resolution ("ADR");

3. The parties require one (1) week of additional time to negotiate the terms and procedures for ADR, and anticipate that they will reach agreement within such week;

4. Accordingly, Plaintiff agrees that Defendants shall have until **December 15, 2017** within which to respond to the complaint.

5. This stipulation and proposed order does not constitute a general appearance in this action by any Defendant. The stipulation is entered into and presented as a special appearance solely for purposes of the relief it seeks and for no other purpose.

Dated: December 8, 2017     McCORMICK, BARSTOW, SHEPPARD,
                            WAYTE & CARRUTH LLP


                            By: /s/ Timothy J. Buchanan
                                Timothy J. Buchanan
                            For Defendants, appearing specially solely
                            for purposes of this stipulation and
                            application

Dated: December 8, 2017     ABIR COHEN TREYZON SALO, LLP


                            By: /s/ Boris Treyzon
                                Boris Treyzon
                                David S. Bederman
                            Attorneys for Plaintiff RICARDO TORRES

IT IS SO ORDERED.

Dated:  **December 8, 2017**

                            _____
                            UNITED STATES MAGISTRATE JUDGE

**ORDER**

_____