1  Boris Treyzon, Esq. (SBN: 188893)
2  David S. Bederman, Esq. (SBN: 285262)
   **ABIR COHEN TREYZON SALO, LLP**
3  1901 Avenue of the Stars, Suite 935
4  Los Angeles, California 90067
   Telephone: (424) 288-4367
5  Facsimile: (424) 288-4368
6  Attorneys for Plaintiff Ricardo Torres

7  McCormick, Barstow, Sheppard,
8  Wayte & Carruth LLP
   Timothy J. Buchanan, #100409
9  7647 North Fresno Street
10 Fresno, California 93720
   Telephone: (559) 433-1300
11 Facsimile: (559) 433-2300
12 Attorneys for Defendants, <u>appearing specially</u>

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TORRES, individually and on behalf of LA FAVORITA BROADCASTING, INC., a suspended California corporation. LA FAVORITA RADIO NETWORK, INC., a suspended California corporation; KAFY, INC., a suspended California corporation; KBYN, INC., a suspended California corporation; KCFA, INC., a suspended California corporation; KSKD, INC., a suspended California corporation; and KNTO, INC., a suspended California corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>LA FAVORITA BROADCASTING, INC., a suspended California corporation.;<br>LA FAVORITA RADIO NETWORK, INC., a suspended California corporation; KAFY, INC., a suspended | Case No. 17–cv-00888-LJO-SAB<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT BY TWO (2) WEEKS**<br><br>Judge: Hon. Stanley A. Boone<br>Courtroom: 9 |

| | |
|---|---|
| 1 | California corporation; KBYN, INC., a suspended California corporation; |
| 2 | KCFA, INC., a suspended California corporation; KSKD, INC., a suspended |
| 3 | California corporation; |
| 4 | and KNTO, INC., a suspended California corporation; NELSON F. GOMEZ, an individual; DEBBIE L. |
| 5 | GOMEZ, an individual; and DOES 1 through 10 |
| 6 | inclusive, |
| 7 | Defendants. |

8

9 Plaintiff and Defendants, and each of them, *appearing specially* through
10 counsel (having not appeared yet in this action), stipulate as follows:

11     1.    Defendants' deadline to file a responsive pleading in this action
12 currently falls on December 15, 2017;

13     2.    The parties are negotiating a stipulation that would stay litigation of
14 this action so that it may be submitted to binding Alternate Dispute Resolution
15 ("ADR");

16     3.    The parties require two (2) weeks of additional time to negotiate the
17 terms and procedures for ADR, and anticipate that they will reach agreement within
18 such two weeks;

19     4.    Accordingly, Plaintiff agrees that Defendants shall have until
20 **December 29, 2017** within which to respond to the complaint.

21     5.    This stipulation and proposed order does not constitute a general
22 appearance in this action by any Defendant. The stipulation is entered into and
23 presented as a special appearance solely for purposes of the relief it seeks and for no
24 other purpose.

| | |
|---|---|
| Dated: December 15, 2017 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |

By: /s/ Timothy J. Buchanan
Timothy J. Buchanan
For Defendants, <u>appearing specially</u> solely for purposes of this stipulation and application

Dated: December 15, 2017   ABIR COHEN TREYZON SALO, LLP

By: /s/ Boris Treyzon
Boris Treyzon
David S. Bederman
Attorneys for Plaintiff RICARDO TORRES

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendants' answer to the complaint is due on or before December 29, 2017.

IT IS SO ORDERED.

Dated: **December 15, 2017**

UNITED STATES MAGISTRATE JUDGE