# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TORRES,<br><br>   Plaintiff,<br><br>   v.<br><br>LA FAVORITA BROADCASTING, INC. et al.,<br><br>   Defendants. | Case No. 1:17-cv-00888-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>FIVE DAY DEADLINE |

Plaintiff Ricardo Torres filed this action against Defendants La Favorita Broadcasting, Inc.; La Favorita Radio Network, Inc.; Kafy, Inc.; KBYN, Inc.; KCFA, Inc.; KNTO, Inc.; Nelson F. Gomez; and Debbie L. Gomez on July 6, 2017.  (ECF No. 1.)  On this same date, summonses for the defendants and new civil case documents issued.  (ECF Nos. 2, 3, 4.)  On October 13, 2017, order issued requiring Plaintiff to show cause why this action should not be dismissed for failure to serve the defendants in compliance with Rule 4 of the Federal Rules of Civil Procedure.  (ECF No. 6.)  On October 16, 2017, Plaintiff filed a response to the order to show cause.  (ECF No. 16.)  On this same date Plaintiff returned the proofs of service on the summonses.  (ECF Nos. 8-15.)  On October 18, 2017, an order issued discharging the order to show cause and finding good cause to extend the service deadline.  (ECF No. 17.)

On December 11, 2017, the parties filed a stipulation extending the time for the

defendants to respond to the complaint by one week making the defendants' answer due on December 15, 2017. (ECF No. 20.) On December 15, 2017, the parties filed a second stipulation extending time for the defendants to respond to the complaint. (ECF No. 22.) On December 15, 2017, Defendants were ordered to respond to the complaint on or before December 29, 2017. (ECF No. 23.)

Defendants have not filed an answer to the complaint in compliance with the December 15, 2017 order, and Plaintiff has not moved for entry of default. Accordingly, IT IS HEREBY ORDERED that within five (5) days of the date of entry of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: **January 8, 2018**

UNITED STATES MAGISTRATE JUDGE