# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TORRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LA FAVORITA BROADCASTING, INC. et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00888-LJO-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 24, 25)<br><br>DEADLINE: JANUARY 19, 2018 |

On July 6, 2017, Plaintiff filed this diversity action alleging a failure to allow inspection of corporate records and breach of fiduciary duty. On December 15, 2107, an order issued granting the parties stipulation and Defendants were to file a responsive pleading in this action on or before December 29, 2017. No responsive pleading was filed.

On January 9, 2018, an order issued requiring Plaintiff to show cause why this action should not be dismissed for failure to prosecute. (ECF No. 24.) On January 12, 2018, Plaintiff filed a response to the order to show cause stating that the parties are currently working on a stipulation to submit the matter to arbitration. (ECF No. 25.) The Court shall discharge the order to show cause. However, counsel is advised that orders issued by this Court are not mere suggestions. If the parties are unable to meet the deadlines established by an order issued in the action, the party is required to seek an extension of time prior to the expiration of the deadline.

1

1 | Accordingly, the order to show cause filed January 9, 2018, is HEREBY DISCHARGED, and a responsive pleading or stipulation to stay this action shall be filed by January 19, 2018. Failure to comply with this order will result in the issuance of sanctions in this action.

IT IS SO ORDERED.

Dated: **January 16, 2018**

UNITED STATES MAGISTRATE JUDGE