UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TORRES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LA FAVORITA BROADCASTING, INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:17–cv-00888-LJO-SAB<br><br>ORDER STAYING ACTION PURSUANT TO STIPULATION TO SUBMIT CLAIMS TO ALTERNATIVE DISPUTE RESOLUTION<br><br>(ECF No. 28) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. All proceedings in this case are STAYED pending completion of Alternative Dispute Resolution ("ADR") processes by the parties;

2. The parties shall notify the Court within fourteen (14) days of the completion of the ADR process;

3. The parties shall file a status report every ninety (90) days stating the progress and status of the ADR processes, with the first such report to be filed on or before April 13, 2018; and

/ / /

/ / /

/ / /

4. The Court retains jurisdiction over this action pending further proceedings upon completion of ADR processes and until final disposition by this Court.

IT IS SO ORDERED.

Dated: **January 18, 2018**

_____
UNITED STATES MAGISTRATE JUDGE