# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TORRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LA FAVORITA BROADCASTING, INC. et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00888-LJO-SAB<br><br>ORDER SETTING DEADLINES FOR ARBITRATION<br><br>(ECF Nos. 31, 33) |

On January 18, 2018, this matter was stayed for the parties to submit the claims to Alternative Dispute Resolution ("ADR"). (ECF No. 29.) Plaintiff submitted a status report on April 13, 2018, indicating that the parties were not able to agree on the basic arbitration framework and requested that the Court set a firm deadline for the arbitration to be completed. (ECF No. 31.) On April 16, 2018, an informal teleconference was set for April 20, 2018, to address the arbitration. (ECF No. 32.) On April 17, 2018, the parties submitted a stipulation to submit disputes to ADR and indicated that they were confident they could resolve the arbitration issues within thirty days. (ECF No. 33.)

An informal telephonic conference was held on April 20, 2018. Counsel Boris Treyzon and David Bederman appeared for Plaintiffs. Counsel Timothy Buchanan specially appeared for Defendants. The parties indicated that they should be able to agree on the arbitration framework

1

and select an arbitrator within 30 days. Further, the arbitration hearing should be able to be completed within 180 days. Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall select an arbitrator within thirty (30) days;
2. Thereafter, arbitration shall be completed within one hundred eighty (180) days of selection of the arbitrator;
3. The parties shall file a status report within fourteen (14) days of the completion of arbitration or fourteen (14) days after the expiration of the one hundred eighty (180) period noted in paragraph two, whichever is earlier; and
4. The parties shall inform the Court as soon as practicable if they are unable to comply with this schedule.

IT IS SO ORDERED.

Dated:  **April 20, 2018**

UNITED STATES MAGISTRATE JUDGE