# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TORRES,<br><br>        Plaintiff,<br><br>   v.<br><br>LA FAVORITA BROADCASTING, INC. et al.,<br><br>        Defendants. | Case No. 1:17-cv-00888-LJO-SAB<br><br>ORDER FOLLOWING INFORMAL TELEPHONIC CONFERENCE<br><br>DEADLINE: DECEMBER 5, 2018 |

       This matter is currently stayed while the parties engage in alternative dispute resolution. (ECF Nos. 29, 35.) On November 16, 2018, the parties submitted a joint status report in which they indicated that they had a discovery dispute. (ECF No. 38.) On November 21, 2018, an informal teleconference was held to determine if the parties were amenable to the Court resolving the discovery dispute. Counsel Boris Tryzon and David Bederman appeared for Plaintiff and counsel Timothy Buchanan specially appeared for Defendants.

       During the teleconference, Plaintiff narrowed the dispute to two items, a QBF file and monthly cash balance reconciliation reports. Defense counsel shall confer with his clients regarding producing the files for five years prior to November 21, 2018. On or before December 5, 2018, Defendants shall inform Plaintiff and the Court if Defendants will produce documents compliant with the request. If a dispute remains, the parties shall so notify the courtroom deputy

1

1 | and submit dates for a discovery dispute conference to mhernandez@caed.uscourts.gov.  Each
2 | party shall also submit a confidential brief, not to exceed ten (10) pages in length, addressing the
3 | specific items that are requested and the purpose of each request.  The confidential briefs shall
4 | not be filed, but shall be emailed to saborders@caed.uscourts.gov.  Upon receipt of the
5 | confidential briefs, an order shall issue setting a date for the parties to appear in chambers to
6 | resolve the remaining disputes.

Accordingly, IT IS HEREBY ORDERED that on or before 5:00 p.m. on December 5, 2018, the parties shall notify the Court if the discovery disputes have resolved and, if a dispute remains, the parties shall each submit a confidential brief addressing the remaining disputes and shall provide mutual dates to Courtroom Clerk Mamie, Hernandez for the setting of the discovery dispute in chambers.

IT IS SO ORDERED.

Dated:   **November 21, 2018**

UNITED STATES MAGISTRATE JUDGE