# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RICARDO TORRES, | Case No. 1:17-cv-00888-LJO-SAB |
|---|---|
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING PARTIES TO FILE STATUS REPORT ON DISCOVER ISSUE BY DECEMBER 21, 2018 |
| v. | |
| LA FAVORITA BROADCASTING, INC. et al., | |
| Defendants. | (ECF Nos. 43, 44) |

On December 10, 2018, an order issued requiring the parties to show cause why sanctions should not issue for the failure to comply with a November 21, 2018 order requiring notice to the Court of the status of a discovery dispute. (ECF Nos. 42, 43.) On December 13, 2018, the parties filed a response stating that the dispute has been largely resolved, but there remains a problem with accessing some of the documents and they are working to resolve the issue. (ECF No. 44.)

Accordingly, IT IS HEREBY ORDERED that the parties shall file a status report on the discovery dispute on or before December 21, 2018.

IT IS SO ORDERED.

Dated: __**December 14, 2018**__

UNITED STATES MAGISTRATE JUDGE

1