# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TORRES,<br><br>        Plaintiff,<br><br>   v.<br><br>LA FAVORITA BROADCASTING, INC. et al.,<br><br>        Defendants. | Case No. 1:17-cv-00888-LJO-SAB<br><br>ORDER CONTINUING STAY OF ACTION AND DIRECTING PARTIES TO FILE STATUS REPORT<br><br>(ECF No. 46)<br><br>DEADLINE: MAY 17, 2019 |

Pursuant to the stipulation of the parties, this action has been stayed to submit the claims to alternative dispute resolution. (ECF No. 29.) On November 16, 2018, the parties filed a joint status report requesting an additional nine months to complete arbitration and informing the Court that they had concerns regarding the selected arbitrator and that a discovery dispute existed. (ECF No. 38.) On November 21, 2018, the Court conducted an informal telephonic conference call with the parties to offer the Court's assistance in resolving the discovery dispute. (ECF No. 41.) On December 21, 2018, the parties filed a joint status report stating the the disputes had largely been resolved, but that a dispute remains regarding the production of bank statements. If the parties are unable to resolve this dispute, they shall submit a status report so informing the Court. An order shall then issue setting forth briefing requirements.

/ / /

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The stay in this action is CONTINUED;

2. If the parties are unable to resolve their discovery dispute, they shall submit a status report by January 2, 2019; and

3. The parties shall file a joint status report on or before May 17, 2019 or within fourteen days of completion of the alternative dispute resolution, whichever is sooner, addressing the status of arbitration

IT IS SO ORDERED.

Dated: **December 26, 2018**

UNITED STATES MAGISTRATE JUDGE