UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TORRES, | Case No. 1:17–cv-00888-SAB |
| Plaintiff, | ORDER RE STIPULATION GRANTING DEFENDANTS LEAVE TO FILE FIRST AMENDED ANSWER |
| v. | |
| LA FAVORITA BROADCASTING, INC., et al. , | (ECF No. 63) |
| Defendants. | |

On July 3, 2019, the parties filed a stipulation granting Defendants leave to file a a first amended answer to the complaint. The Court has read and considered the stipulation of the parties, and finds good cause to grant the parties stipulation. Accordingly, IT IS HEREBY ORDERED that Defendants shall file a first amended answer on or before July 5, 2019.

IT IS SO ORDERED.

Dated:     **July 3, 2019**

_____
UNITED STATES MAGISTRATE JUDGE