# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TORRES,<br><br>        Plaintiff,<br><br>    v.<br><br>LA FAVORITA BROADCASTING, INC. et al.,<br><br>        Defendants. | Case No. 1:17-cv-00888-SAB<br><br>AMENDED SCHEDULING ORDER<br><br>(ECF Nos. 62, 71) |

On December 6, 2019, a stipulation was filed to modify the June 25, 2019 scheduling order in this action. (ECF No. 71.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the June 25, 2019 scheduling order is amended as follows:

1. The fact discovery cutoff shall be on April 15, 2020;
2. The parties shall disclose expert witnesses, in writing, on or before April 15, 2020;
3. The parties shall disclose all supplemental experts, in writing, on or before June 1, 2020;

///
///

1

4. The expert discovery cutoff shall be on July 16, 2020.

5. All other aspects of the June 25, 2019 shall remain in effect.

IT IS SO ORDERED.

Dated: __**December 11, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE