# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TORRES,<br><br>    Plaintiff,<br><br>v.<br><br>LA FAVORITA BROADCASTING, INC., et al.,<br><br>    Defendants. | Case No. 1:17-cv-00888-SAB<br><br>SECOND AMENDED SCHEDULING ORDER<br><br>(ECF No. 73) |

On June 25, 2019, the scheduling order issued in this action. (ECF No. 62.) On December 11, 2019, the scheduling order was amended at the stipulation of the parties. (ECF Nos. 71, 72.)

On March 19, 2020, the parties filed a stipulation to amend the scheduling order. (ECF No. 73.) The Court has considered the stipulation and finds good cause to amend the scheduling order. Accordingly, IT IS HEREBY ORDERED that the June 25, 2019 scheduling order, as amended on December 11, 2019, is amended as follows:

1. The fact discovery cutoff shall be on **May 15, 2020**;
2. The parties shall disclose all expert witnesses, in writing, on or before **June 5, 2020**;
3. The parties shall disclose all supplemental experts, in writing, on or before **July 5, 2020**;

1

4. The expert discovery cutoff shall be on **July 31, 2020.**

5. All other aspects of the June 25, 2019 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: **March 19, 2020**

UNITED STATES MAGISTRATE JUDGE