# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TORRES,<br><br>        Plaintiff,<br><br>   v.<br><br>LA FAVORITA BROADCASTING, INC., et al.,<br><br>        Defendants. | Case No. 1:17-cv-00888-SAB<br><br>ORDER MODIFYING SCHEDULING ORDER PURSUANT TO INFORMAL CONFERENCE<br><br>(ECF No. 76) |

On June 25, 2019, the scheduling order issued in this action. (ECF No. 62.) Following modification on March 19, 2020, the non-expert discovery deadline currently expires on May 15, 2020. (ECF No. 74.) On April 16, 2020, the Court held an informal conference call with the parties to discuss further modification of the non-expert discovery deadline. (ECF No. 76.) Counsel Boris Treyzon and David Bederman appeared on behalf of Plaintiffs, and Timothy Buchanan and Lisa Mann appeared on behalf of Defendants. (Id.) Based on the matters discussed at the conference and the agreement of the parties, the Court finds good cause to modify the scheduling order to extend the non-expert discovery deadline an additional thirty (30) days.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that the scheduling order is further modified as follows:

1. Non-Expert Discovery Deadline: June 15, 2020.

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated:   **April 16, 2020**

UNITED STATES MAGISTRATE JUDGE