# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TORRES,<br><br>  Plaintiff,<br><br>  v.<br><br>LA FAVORITA BROADCASTING, INC. et al.,<br><br>  Defendants. | Case No.  1:17-cv-00888-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 80)<br><br>NINETY DAY DEADLINE |

On August 10, 2020, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.  The parties request ninety days in which to file dispositional documents because the settlement will require advance regulatory approval.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents within **ninety (90) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:  **August 11, 2020**

UNITED STATES MAGISTRATE JUDGE

1