# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TORRES,<br><br>        Plaintiff,<br><br>    v.<br><br>LA FAVORITA BROADCASTING, INC. et al.,<br><br>        Defendants. | Case No.  1:17-cv-00888-SAB<br><br>ORDER GRANTING PARTIES' REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 82) |

On August 10, 2020, the parties filed a notice of settlement informing the Court that the parties had reached settlement resolving this action and requested ninety (90) days to file dispositional documents due to the settlement requiring advanced regulatory approval.  (ECF No. 80.)  The Court granted the request and ordered dispositional documents to be filed on or before November 9, 2020.  (ECF No. 81.)  On November 9, 2020, the parties filed a stipulation requesting an extension until December 31, 2020, to file dispositional documents.  (ECF No. 82.) The parties proffer that immediately after filing the notice of settlement, they negotiated the terms of an asset purchase agreement ("APA") that would govern the transaction; however, the APA required more negotiation than anticipated, ultimately taking more than a month to complete.  (Id.)  At this time, the only thing holding up the filing of the regulatory application for approval has been the logistical issue of needing to form an ownership entity for Plaintiff's interest in the transaction, and Plaintiff reports they have filed the necessary paperwork, and anticipate receiving confirmation of the formation within seven (7) days.  (Id.)  Once the entity

formation is complete, the parties expect to amend the APA to incorporate the ownership entity, then file the regulatory application, and are informed it will take approximately forty-five (45) days for the application to be approved after it is filed with the regulatory agency. (Id.) The Court finds good cause to extend the deadline.

Accordingly, it is HEREBY ORDERED that the parties shall file dispositional documents on or before December 31, 2020.

IT IS SO ORDERED.

Dated:   **November 10, 2020**

UNITED STATES MAGISTRATE JUDGE