# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TORRES,<br><br>         Plaintiff,<br><br>     v.<br><br>LA FAVORITA BROADCASTING, INC. et al.,<br><br>         Defendants. | Case No. 1:17-cv-00888-SAB<br><br>ORDER GRANTING SECOND REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF No. 84)<br><br>DEADLINE: MARCH 31, 2021 |

On August 11, 2020, after a notice of settlement had been filed, the parties were ordered to file dispositive documents within ninety days. (ECF No. 81.) On November 10, 2002, the parties were granted an extension of time until December 31, 2020 to file the documents. (ECF No. 83.) On December 30, 2020, the parties filed a status report on the settlement. (ECF No. 84.) The parties seek an additional extension of time to complete the settlement due to delays in receiving regulatory approval. (Id.) The Court finds that good cause exists to further extend the deadline for the filing of dispositive documents in this action.

Accordingly, IT IS HEREBY ORDERED that the parties shall file dispositive documents on or before **March 31, 2021**.

IT IS SO ORDERED.

Dated:   **January 4, 2021**

UNITED STATES MAGISTRATE JUDGE

1