# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TORRES, | Case No. 1:17-cv-00888-SAB |
| Plaintiff, | ORDER GRANTING CONTINUANCE OF DEADLINE TO FILE DISPOSITIVE DOCUMENTS |
| v. | |
| LA FAVORITA BROADCASTING, INC. et al., | (ECF No. 86) |
| Defendants. | DEADLINE: MAY 31, 2021 |

On August 10, 2020, a notice of settlement was filed in this matter and, because the settlement required regulatory approval, the parties were ordered to file dispositional documents within ninety days of August 11, 2020.  (ECF Nos. 80, 81.)  On November 9, 2020, the parties requested an extension of time and indicted that the necessary paperwork had been filed to form an ownership entity for Plaintiff's interest in the transaction.  (ECF No. 82.)  Once this was received the APA would be amended to incorporate the ownership entity and the necessary paperwork would be filed with the regulatory agency.  (ECF No. 82.)  The request was granted and the parties were ordered to file dispositive documents on or before December 31, 2020.  (ECF No. 83.)

On December 30, 2020, the parties filed a joint status report indicating that Plaintiff had received confirmation of the entities formation and was awaiting guidance from the regulatory counsel on how to proceed.  (ECF No. 84.)  The parties were granted an extension of time to March 31, 2021 to file dispositive documents.  (ECF No. 85.)  On March 31, 2021, the parties

1

filed a status report stating that the regulatory paperwork was filed around February 22, 2021, and is currently under consideration. (ECF No. 86.) The parties anticipate it should take approximately 45 days for the application to be approved but it may take longer due to logistical issues related to the COVID-19 pandemic and seek an extension of time to May 31, 2021 to file dispositive documents. (Id.)

Based on the foregoing, and finding good cause, IT IS HEREBY ORDERED that the request for a continuance is GRANTED and the parties shall file dispositive documents on or before **May 31, 2021**.

IT IS SO ORDERED.

Dated:   **April 1, 2021**

UNITED STATES MAGISTRATE JUDGE