# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TORRES,<br><br>        Plaintiff,<br><br>    v.<br><br>LA FAVORITA BROADCASTING, INC. et al.,<br><br>        Defendants. | Case No. 1:17-cv-00888-SAB<br><br>ORDER REQUIRING PARTIES TO EITHER FILE DISPOSITIONAL DOCUMENTS OR SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER FOLLOWING SETTLEMENT OF THE ACTION<br><br>(ECF No. 87)<br><br>FIVE DAY DEADLINE |

On August 10, 2020, a notice of settlement was filed in this matter and the parties were ordered to file dispositive documents within ninety days of August 11, 2020. (ECF Nos. 80, 81.) The parties filed joint status reports on November 9, 2020; December 30, 2020; and March 31, 2021, requesting an extension of time to file dispositive documents and the requests were granted. (ECF Nos. 82, 83, 84, 85, 86, 87.) The March 31, 2021 status report stated that the regulatory application was filed around February 22, 2021. (ECF No. 86.) The parties requested an extension of time until May 31, 2021 stating that the application should be completed within forty five days but could take longer due to the pandemic. (Id.) On April 1, 2021, the Court granted the request and the parties were ordered to file dispositive documents by May 31, 2021. (ECF No. 87.)

The deadline to file dispositive documents has passed and the parties have not complied

with or otherwise responded to the April 1, 2021 order. The parties have now been provided with nine months in which to finalize the settlement of this action.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that, within **five (5) days** of the date of entry of this order, the parties shall either 1) FILE dispositional documents; or 2) SHOW CAUSE in writing why this action should not be dismissed for their failure to comply with the Court's order as the matter has settled.

IT IS SO ORDERED.

Dated:   **June 2, 2021**

UNITED STATES MAGISTRATE JUDGE